**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

William Roy Mustian, III
Stanga & Mustian
3117 22nd Street, Suite 6
Metairie LA 70002

**REHEARING ACTION: May 11, 2016**

**Docket Number: 15   01076-WCA**

**BYRON GULLEY**
**VERSUS**
**HOPE YOUTH RANCH, ET AL.**

**Appealed from Office of Workers' Compensation - # 2 Case No. 15-03681**

**BEFORE JUDGES:**

> Hon. Marc T. Amy
> Hon. Elizabeth A. Pickett
> Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Byron Gulley** has this day been

> **DENIED.**
> Pickett, J., would grant the rehearing.

cc: Matthew William Tierney, Counsel for the Appellee